# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PETER F. REMI,**

    Plaintiff,

vs.               **CASE NUMBER: 7:12-cv-722 (GTS/RFT)**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant(s).

[ ] **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the final decision of the Commissioner be and hereby is REVERSED and the matter is REMANDED pursuant to Sentence 4 of 42 U.S.C. §405(g) to the Defendant for further administrative action; and it is further ORDERED that the within matter is DISMISSED in accord with the decision in *Melkonyan vs. Sullivan*, 501 U.S. 89 (1991).

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 26th day of October, 2012.

DATED:    October 26, 2012

*[signature]*
Clerk of Court

s/ L. Welch
Deputy Clerk